WILLIAM McCRAW,
ATTORNEY GENERAL

SCOTT GAINES,
FIRST ASSISTANT

BOB GROSE,
CHIEF LAW ENFORCEMENT
OFFICER

BETH MYERS,
CHIEF CLERK

ASSISTANTS

ACE J. ALSUP
VICTOR W. BOULDIN
J. R. BROADHURST
GR. H. BROWN
R. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. B. DUKE
W. W. HEATH
CURTIS E. HILL
WM. MADDEN HILL

W. J. (DICK) HOLT
C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE P. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
T. F. (TED) MORROW
LEON O. MOSES
PAT M. NEFF, JR.
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



# OFFICE OF THE ATTORNEY GENERAL

## AUSTIN

February 6, 1939

Hon. O. J. S. Ellingson
General Manager
Texas Prison System
Huntsville, Texas

Dear Mr. Ellingson:

Opinion No. O-224.
Re: $50.00 discharge money and
clothing on leaving prison

Your request for an opinion on the following question:

"Whether a person whose trial was illegal and who will not be brought to trial for his offense is entitled to $50.00 discharge money and clothing on leaving prison."

has been received by this office.

Article 6166z1, Revised Civil Statutes of Texas reads as follows:

"When a prisoner is entitled to a discharge from prison, he or she shall be furnished with a written or printed discharge from the manager, with seal affixed, signed by the manager, giving prisoner's name, date of sentence, from what County sentenced, amount of commutation received, if any, the trade he has learned, if any, his proficiency in same, and such description as may be practicable. Such discharged person shall be furnished with a decent outfit of citizen's clothing of good quality and fit, and two suits of underwear; and when a person and/or convict actually serves over one year, he shall receive Fifty Dollars ($50.00) in money in addition to any money held to his or her credit, provided that if a person and/or convict does

COPY

not actually serve one year flat time, he shall
not receive Fifty Dollars ($50.00); but in lieu
thereof a person serving less than one year ac-
tual time shall receive Twenty-five Dollars ($25.00)
in money in addition to any money held to his or
her credit and a decent outfit of citizen's cloth-
ing of good quality and fit and two suits of under-
wear, provided that if the actual time served ex-
ceeds ten (10) years, the sum of money shall be
Seventy-five Dollars ($75.00), and if the actual
time served exceeds twenty (20) years, the sum
of money shall be One Hundred Dollars ($100.00).
As far as may be practicable the Prison Board
may authorize a creation of a Bureau for the purpose
of placing discharged prisoners in connection with
employment, provided such will not be an extra
expense to the Prison System."

In view of the foregoing statute, you are respect-
fully advised that it is the opinion of this Department that
when a person and/or convict serves as much as one year flat
time in the penitentiary he is entitled to the sum of $50.00
in money in addition to the clothing as specified in said
above quoted article and the fact that such person's trial
was illegal does not release the State of the obligation to
provide said clothing and the payment of the sum of $50.00
when such person actually serves as much as one year flat
time in the penitentiary.

Trusting that the foregoing answers your inquiry,
we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Assistant

AW:AW

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS